TROY MOZELL *v.* COMMISSIONER OF CORRECTION

The petitioner Troy Mozell's petition for certification for appeal from the Appellate Court, 120 Conn. App. 902 (AC 30439), is denied.

*Kenneth Paul Fox*, special public defender, in support of the petition.

*Raheem L. Mullins*, assistant state's attorney, in opposition.

Decided May 26, 2010

SUZANNE M. KAIRON *v.* BRUCE E. BURNHAM ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 120 Conn. App. 291 (AC 30583), is denied.

*Ronald W. Kutz*, in support of the petition.

*Michael D. Neubert* and *Gretchen G. Randall*, in opposition.

Decided May 26, 2010

BARBARA R. BURNS *v.* QUINNIPIAC UNIVERSITY

The plaintiff's petition for certification for appeal from the Appellate Court, 120 Conn. App. 311 (AC 30833), is denied.

KATZ, PALMER and VERTEFEUILLE, Js., did not participate in the consideration of or decision on this petition.

*Barbara R. Burns*, pro se, in support of the petition.

Decided May 26, 2010